

**FORM A:** FORM TO BE USED BY A PRISONER WHEN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Montavious Kentrell Smith #6243111

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

Black Hawk County Jail, Naph Care/Health Services, Cossy Lensing, Wendy Peterson, Darla Miller, Gary Schultz, Dr. Garretts, Anthony Thompson, Mark Herbst, Medical Supervisor

(Enter above the full name of the defendant or defendants in this action, if known.)

Amended COMPLAINT

6:17-cv-02003-LTS

(NOTE: If there is more than one plaintiff, a separate sheet should be attached giving the information in parts I and II below for <u>each</u> plaintiff, by name.)

I.  Previous Lawsuits

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ( )  NO (✗)

  B.  If your answer to A is YES, please answer the questions below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to previous lawsuit:

        Plaintiffs  _None_

        Defendants

   2.  Court (If federal court, name the district; if state

1

court, name the county.) _____

3. Docket Number _____ None

4. Name of judge to whom case was assigned _____ None

5. Disposition, if known (For example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____ N/A

6. Approximate date of filing lawsuit _____ N/A

7. Approximate date of disposition _____ N/A

II. Place of Present Confinement Fort Dodge Correctional Facility in Fort Dodge, Iowa.

   A. Is there a prisoner grievance procedure in this institution?
      YES ( X )    NO ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES ( )   NO ( X )

   C. If your answer is YES,

      1. What steps did you take? N/A

      2. What was the result? N/A

   D. If your answer is NO, explain why not The facts of this complaint occured at the Black Hawk County Jail in Waterloo, Iowa. I placed a Grievance while still incarcerated at the Black Hawk County Jail.

   E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?
      YES ( X )    NO ( )

2

F.  If your answer is YES,

   1. What steps did you take? N/A

   2. What was the result? N/A

III. Parties

   In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of Plaintiff _Montavious Kentrell Smith #6243111_
      Address _Fort Dodge Correctional Facility 1550 "L" St, Fort Dodge, Iowa 50501_
   B. Additional Plaintiffs _____

   In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.

   C. Defendants _Anthony Thompson & Mark Herbst_ is employed as _Sheriff & Captain_ at _Black Hawk County Jail Sheriff's Office_.
   D. Additional Defendant(s) is/are employed as _Registered Nurses / Doctors of NaphCare/Health Services_ at _Black Hawk County Jail Sheriff's Office_

IV. Jurisdiction

   This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in Part V of this complaint.

V. Statement of Claim

(State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

I put in a Health Services Medical Request form on December 6th, 2016, for Penile discharge which is Symptoms of a Sexually transmitted disease. I was not given any medication for pain or the Discharge for approximately a month or more. Even after numerous complaints steps were not taken as far as medicine goes to end my suffering or minimize it. Black Hawk Count Jail, NaphCare/Health Services, Cassy Lensing, Wendy Peterson, Darla Miller, Crary Schultz, Dr. Garrelts, Medical Supervisor failed to treat my medical issues, discomfort, and pains with medication. Anthony Thompson & Mark Herbst are responsible for the Wellbeing of every inmate incarcerated at the Black Hawk County Jail, because Anthony Thompson is Sheriff of the County & Mark Herbst is Captain of the jail.

VI. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

2,500,000 total in the form of Nominal, Compensatory, Punitive. I would like Court, & lawyer fee's, and taxes paid before so that I receive the whole 2,500,000.

4

VII. Statement Regarding Assistance in Preparing This Complaint

    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? YES ( X )   NO (   )

    B. If your answer is YES, name the person who assisted you.

        Trivansky T. Swinton #1639173

    C. Signature of person who helped prepare complaint.

        7/11/17 (Date)    Trivansky J. Swinton (Signature)

VIII. Signature(s) of Plaintiff(s)

    Signed this 11th day of July, 2017.

        Monbavious Smith (Signature)

    Signatures of additional plaintiffs, if any:

Montavious Smith #6243111
**Fort Dodge Correctional Facility**
1550 "L" Street
Fort Dodge, IA 50501

DES MOINES IA 500
13 JUL 2017 PM 4 L

7/13/17

Clerk, U.S. District Court
111 Seventh Avenue, SE, Box 12
Cedar Rapids, IA 52401-2101

This correspondence was mailed from an Institution operated by Corrections. The contents are uncensored.

FOREVER USA
Bank Swallow

Stangeland